634 A.2d 612

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Arnett CARTER, Appellant.**

Supreme Court of Pennsylvania.

Argued April 8, 1993.

Decided Dec. 8, 1993.

Gerald B. Ingram, Philadelphia, for A. Carter.

John W. Packel, Philadelphia, for amicus—P.D. of Phila.

Catherine Marshall, Hugh Burns, Ronald Eisenberg, Philadelphia, for Com.

Before LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and MONTEMURO, JJ.

## ORDER

PER CURIAM.

The appeal is dismissed as having been improvidently granted.

NIX, C.J., did not participate in the consideration or decision of this case.

LARSEN, J., did not participate in the decision of this case.